# EXHIBIT C

**Int. Cl.: 30**

**Prior U.S. Cl.: 46**

**United States Patent and Trademark Office**

Reg. No. 2,933,253
Registered Mar. 15, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# KEURIG

KEURIG, INCORPORATED (DELAWARE COR-
PORATION)
101 EDGEWATER DRIVE
WAKEFIELD, MA 01880

FOR: COFFEE AND TEA SOLD IN SINGLE-SER-
VING CONTAINERS FOR USE IN COFFEE AND
TEA BREWING MACHINES, IN CLASS 30 (U.S. CL.
46).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,057,361, 2,739,031
AND OTHERS.

SER. NO. 78-381,620, FILED 3-10-2004.

ELLEN B. AWRICH, EXAMINING ATTORNEY