IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>STURM FOODS, INC.,<br><br>Defendants. | Civil Action No. 10-841-UNA |

**AFFIDAVIT OF NON-RESIDENCE OF DEFENDANT**
**STURM FOODS, INC. PURSUANT TO 10 DEL C. § 3104 and D. DEL. LR 4.1(b)**

STATE OF DELAWARE  :
                   :  SS.
NEW CASTLE COUNTY  :

Karen E. Keller, having been duly sworn according to law, deposes and says as follows:

1. I am an attorney with the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the plaintiff Keurig, Incorporated in the above captioned matter.

2. Upon information and belief, the defendant, Sturm Foods, Inc. ("Sturm"), is a non-resident of the State of Delaware, and on October 1, 2010 and all other times pertinent, was a non-resident of the State of Delaware.

3. Upon information and belief, Sturm is a corporation duly organized and existing under the law of Wisconsin and has a principal place of business at 215 Center Street, Manawa, Wisconsin 54949.

4. Upon information and belief, the Registered Agent for Sturm is Mr. Robert C. Ruegger (Sturm's Registered Agent) at 215 Center Street, P.O. Box 287, Manawa, WI 54949.

5. On October 1, 2010, copies of the Summons and Complaint were sent by Federal Express Overnight Delivery pursuant to 10 *Del. C.* § 3104, to Sturm c/o Mr. Robert C. Ruegger at 215 Center Street, P.O. Box 287, Manawa, WI 54949. See Exhibit 1.

6. On October 4, 2010, I obtained notification that Sturm accepted service of the Summons and Complaint on October 4, 2010. I received from Federal Express the return receipt showing delivery and acceptance by Sturm of the envelope. The envelope was signed for by L. Timdal. Pursuant to Local Rule 4.1(b), said return receipt is attached hereto as Exhibit 2.

The foregoing is true and correct to the best of my knowledge, information and belief.

DATED: October 4, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

SWORN TO AND SUBSCRIBED before me, a Notary Public in and for the State and County aforesaid, on the day and year first above written.

DAPHNEY RENEE WALKER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Jan. 25, 2012

Notary Public

My Commission Expires: 1/25/12

YCST01:10228453.1

065927.1002