IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 10-841-UNA |
| v. | ) |
| | ) |
| STURM FOODS, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of David E. Moore of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as Delaware counsel on behalf of defendant Sturm Foods, Inc.

              POTTER ANDERSON & CORROON LLP

              By: */s/ David E. Moore*
                 Richard L. Horwitz (#2246)
                 David E. Moore (#3983
                 Hercules Plaza, 6th Floor
                 1313 N. Market Street
                 Wilmington, DE 19801
                 Tel: (302) 984-6000
                 rhorwitz@potteranderson.com
                 dmoore@potteranderson.com

Dated: October 8, 2010         *Attorneys for Defendant*
985220 / 35644             *Sturm Foods, Inc.*