IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEURIG, INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 10-841-SLR |
| | ) | |
| STURM FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

At Wilmington this day of October, 2010, plaintiff having filed a motion for preliminary injunction on October 18, 2010 (D.I. 9);

IT IS ORDERED that a telephone conference shall be held on **Tuesday, October 26, 2010, at 8:30 a.m.** Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge