IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEURIG, INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 10-841-SLR |
| | ) | |
| STURM FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

At Wilmington this __ day of October, 2010, having conferred with counsel;

IT IS ORDERED that briefing on plaintiff's motion for preliminary injunction (D.I. 9) shall proceed in accordance with the following schedule:

1. Defendant shall file and serve an answering brief in response to plaintiff's motion on or before **November 9, 2010.**

2. Plaintiff may file and serve a reply brief on or before **November 16, 2010.**

_____
United States District Judge