IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>STURM FOODS, INC.,<br><br>Defendants. | Civil Action No. 10-841-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 27, 2010, true and correct copies of *Keurig's First Request for Production of Documents and Things* were served upon the following counsel of record as indicated below:

### BY E-MAIL

Richard L. Horwitz, Esquire
*rhorwitz@potteranderson.com*
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

Craig S. Fochler, Esquire
*cfochler@foley.com*
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

PLEASE TAKE FURTHER NOTICE that on October 28, 2010, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

        Richard L. Horwitz, Esquire
*rhorwitz@potteranderson.com*
David E. Moore, Esquire
*dmoore@potteranderson.com*
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

Additionally, on October 28, 2010 this Notice of Service was served by electronic mail on the above listed local counsel and by electronic mail on the following counsel:

        Craig S. Fochler, Esquire
*cfochler@foley.com*
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

        Allen A. Arntsen, Esquire
*aarntsen@foley.com*
Foley & Lardner LLP
Verex Plazsa
150 East Gilman Street
Madison, WI 53703

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Karen E. Keller*
        John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Dated: October 28, 2010        *Attorneys for Plaintiff Keurig Incorporated*