**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KEURIG INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 10-841-SLR |
| v. | ) |
| | ) |
| STURM FOODS, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT STURM FOODS, INC.'S MOTION TO DISMISS IN PART PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Defendant Sturm Foods, Inc. ("Sturm") hereby respectfully moves this Court to dismiss Counts III-IV and VII-IX of the Second Amended Complaint filed by Plaintiff, Keurig, Incorporated ("Keurig") in accordance with Fed. R. Civ. P. 12(b)(6). Keurig's Counts III, IV and VII-IX for trademark infringement, false designation of origin, trademark dilution, and unfair competition are barred by the affirmative defense of, or statutory exclusion for, nominative fair use.

The grounds for this Motion are further set forth in Sturm's Memorandum In Support Of Its Motion To Dismiss In Part Plaintiff's Second Amended Complaint Pursuant To Fed. R. Civ. P. 12(b)(6), filed contemporaneously herewith. A proposed Order is attached hereto.

In accordance with Local Rule 7.1.1, I certify that a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the motion.

                        Respectfully submitted,

                        POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Craig S. Fochler
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Tel: (312) 832-4500

Allen A. Arntsen
FOLEY & LARDNER LLP
Verex Plaza
150 East Gilman Street
Madison, WI 53703
Tel: (608) 257-5035

Dated: December 7, 2010
992312 / 35644

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant Sturm Foods, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 7, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 7, 2010, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Karen Elizabeth Keller | Gerald B. Hrycyszyn |
| Young, Conaway, Stargatt & Taylor | Michael A. Albert |
| The Brandywine Building | Wolf, Greenfield & Sacks, P.C. |
| 1000 West Street, 17th Floor | 600 Atlantic Avenue |
| Wilmington, DE 19899-0391 | Boston, MA  02210 |
| kkeller@ycst.com | ghrycyszyn@wolfgreenfield.com |
| | malbert@wolfgreenfield.com |

By:  */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

987174/35644