IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-841-SLR-MPT |
| | ) |
| STURM FOODS, INC., | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] SCHEDULING ORDER

At Wilmington this 2nd day of October, 2012, the plaintiff Keurig, Incorporated ("Keurig") and defendant Sturm Foods, Inc. ("Sturm") having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will supplement by October 9, 2012 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2 (to address damages and willfulness issues).

2. **Discovery.**

(a) Discovery will be needed on damages and willfulness issues remaining in the case.

(b) Discovery of paper and electronic documents shall be completed on or before **October 26, 2012.** Document requests were served on **September 28, 2012.** Objections shall be served by **October 3, 2012,** and production of documents by **October 26, 2012.**

(c) All damages/willfulness related fact discovery shall be commenced in time to be completed by **November 14, 2012**.

(d) Maximum of **fifteen (15)** damages/willfulness related interrogatories by each party to any other party.

(e) Maximum of **fifty (50)** damages/willfulness related requests for admission by each party to any other party.

(f) Maximum of [**Keurig proposes: five (5)**; **Sturm proposes: eight (8)**] damages/willfulness related fact depositions by plaintiff and [**Keurig proposes: five (5)**; ~~**Sturm proposes: eight (8)**~~] damages/willfulness related fact depositions by defendant, absent order of the court. Each fact deposition shall be limited to a maximum of **seven (7)** hours unless extended by agreement of parties. In the case of Fed. R. Civ. P. 30(b)(6) depositions, which shall not count against the maximum number of fact depositions, each party is permitted to obtain a maximum of **fourteen (14)** hours of testimony.

*[handwritten annotations: "SLR" and edits in margin]*

(g) Expert discovery shall be commenced in time to be completed by **December 21, 2012**.

(h) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by **November 21, 2012**. Rebuttal expert reports due by **December 14, 2012**.

(i) **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Applications by Motion.**

(a) Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

(b) *Daubert* motions shall be filed on or before **January 21, 2013**.

4. **Motions** *in Limine.*

[**Keurig's proposes**: All motions *in limine* shall be filed on or before **January 30, 2013**. All responses to said motions shall be filed on or before **February 6, 2013**. The parties shall be limited to **five (5)** motions *in limine* each. Each such motion and response shall be limited to **three (3)** pages.; **Sturm proposes**: No motions *in limine* shall be filed; instead the parties shall be prepared to address their evidentiary issues relating to damages at the pretrial conference and during trial (before and after the trial day).]

5. **Pretrial Conference.** A pretrial conference will be held on **February 13 at 4:30 p.m.** in courtroom 4B, fourth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference. Keurig shall provide a draft supplemental pretrial order to Sturm on **January 11, 2013**. Sturm shall provide responses to the draft supplemental pretrial order on **January 28, 2013**.

6. **Trial.** This matter is scheduled for an **eight (8) day** jury trial commencing on February 25, 2013 in courtroom 4B, fourth floor, Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

United States District Judge

3