IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 10-841-SLR-MPT |
| ) | |
| STURM FOODS, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATED MOTION BY
KEURIG, INCORPORATED AND STURM FOODS, INC.
TO DISMISS NON-PATENT CLAIMS AND COUNTERCLAIMS**

Having reached a settlement pertaining to the non-patent issues in the above-captioned action, Plaintiff Keurig, Incorporated and Defendant Sturm Foods, Inc. jointly stipulate and move this Court to dismiss Keurig's Claims, Counts III-XI (D.I. 41), and Sturm's Counterclaims, Counts I-IV (D.I. 60), of this action, with prejudice and without right of appeal, and with each party to bear its own attorney's fees and costs.

Dated: February 26, 2013

| | |
|---|---|
| */s/ Karen E. Keller* | */s/ David E. Moore* |
| Karen E. Keller (No. 4489) | Richard L Horwitz (# 2246) |
| David M. Fry (No. 5486) | David E. Moore (# 3983) |
| SHAW KELLER LLP | POTTER ANDERSON & CORROON LLP |
| 300 Delaware Avenue, Suite 1120 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | 1313 North Market Street |
| (302) 298-0700 | Wilmington, DE 19801 |
| kkeller@shawkeller.com | (302) 984-6000 |
| dfry@shawkeller.com | rhorwitz@potterandeson.com |
| | dmoore@potteranderson.com |

*Attorneys for Plaintiff Keurig, Incorporated*   *Attorneys for Defendant Sturm Foods, Inc.*

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL |
| Michael A. Albert<br>Gerald B. Hrycyszyn<br>Chelsea A. Loughran<br>Christopher W. Henry<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>617-646-8000 | Craig S. Fochler<br>Scott R. Kaspar<br>Aaron J. Weinzierl<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>(312) 832-4500<br><br>Allen A. Arntsen<br>FOLEY & LARDNER LLP<br>Verex Plaza<br>150 East Gilman Street<br>Madison, WI 53703<br>(608) 257-5035<br><br>Kimberly L. Dodd<br>FOLEY & LARDNER LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202-5306<br>(414) 271-2400 |